

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00160-CV

IN RE TEXAS DEPARTMENT OF INSURANCE, RELATOR

Original Proceeding
Arising From Proceedings Before the 99th District Court
Lubbock County, Texas
Trial Court No. DC-2025-CV-0758, Honorable Phillip Hays, Presiding

April 9, 2026

## MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

This original proceeding was filed by the Texas Department of Insurance, Relator, to address the denial of its motion to quash a subpoena duces tecum served by Traci Johnson, the Real Party in Interest and the plaintiff in the underlying lawsuit. After the filing of its petition, the Relator entered into a Rule 11 agreement with Real Party in Interest to settle their discovery dispute. Relator has also filed a notice of its intention to withdraw its petition. Accordingly, we dismiss the Relator's petition.

Laura A. W. Pratt
Justice